Dear Court of Criminal Appeals, 79,989-01,02,03

04

11-18-15

I have filed several writts along with my #2254. Would like to know status please

Thank you
James Steven Corley
#1723438
Clements Unit
9601 Spur 591
Amarillo, TX
79107

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 30 2015

Abel Acosta, Clerk

Last writt
Dated filed
by Montsomery County
(11-21-14)
Cause # 10-08-09318-CR(4)

I also had requested permission to file
a new direct appeal based on newly
disovered evidence. Never heard
answer also.

Thank you
God Bless

I don't belong here been here over 5 yrs.
now in custody.

Jim Corley



OFFENDER NAME: Corley, James

HOUSING LOCATION: 19 Y 112

TDCJ-ID #: 1223438